IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ROMAN, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BILL'S COMPLETE LANDSCAPE SERVICE, INC., a/k/a BILL'S COMPLETE LANDSCAPING SVC, d/b/a BCLS, and WILLIAM J. SZYDLOWSKI, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 16-cv-11233

Magistrate Judge Sheila Finnegan

**JURY DEMAND**

**JOINT STIPULATION TO DISMISS**

Now come the Parties pursuant to Federal Rule of Civil Procedure 41, jointly stipulating to voluntarily dismiss all counts in the above captioned action without prejudice to convert to with prejudice on October 26, 2018.

Dated: August 24, 2018

Respectfully submitted,

/s/ Neil Kelley
Neil Kelley
FARMWORKER AND LANDSCAPER ADVOCACY PROJECT
33 N. LaSalle, Suite 900
Chicago, IL 60602
(312) 784-3541
*Attorney for Plaintiff*

/s/ Anne L. Yonover
Cary E. Donham (ARDC No. 6199385)
cdonham@taftlaw.com
Anne L. Yonover (ARDC No. 6321766)
ayonover@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
*Attorneys for Defendants*

23336458.1